IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**IN ADMIRALTY**

OCEAN MEXICANA, S.A. de C.V.,

    Plaintiff,

Case No.: 3:09cv555/MCR/MD

v.

GULMAR OFFSHORE MIDDLE EAST LLC

    Defendant.
_____/

## ORDER GRANTING MOTION FOR AUTHORIZATION TO DISCHARGE PROPERTY AND PERMIT M/V BOA ROVER TO DEPART

THIS CAUSE is before the Court on Plaintiff OCEAN MEXICANA, S.A. de C.V.'s Motion for Authorization to Discharge Property and Permit M/V BOA ROVER to Depart (Doc. 14). The Court having reviewed the Plaintiff's Motion, and being otherwise duly advised in the premises, it is ORDERED and ADJUDGED as follows:

    1.    Plaintiff's Motion for Authorization to Discharge Property and Permit M/V BOA ROVER to Depart (Doc. 14) is **GRANTED**;

    2.    The Garnishee is hereby **AUTHORIZED** to discharge the Property for storage in a secured warehouse within the Port;

    3.    The M/V BOA ROVER is **AUTHORIZED** to depart the Port on her intended voyage following discharge of the Property.

DONE and ORDERED this 20th day of January, 2010.

*M. Casey Rodgers*
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE