FLN (Rev. 4/2004) Deficiency Order                                                                                               Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

BLUE MARINE SHIPPING S.A. de C.V.

    vs                          Case No. 3:09cv555-MCR/MD

GULMAR OFFSHORE MIDDLE EAST LLC

_____

## O R D E R

**PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM AND INCORPORATED MEMORANDUM OF LAW (electronically filed by new plaintiff BLUE MARINE SHIPPING SA de CV, doc.28)** were referred to the undersigned with the following deficiencies:

> Counsel for the moving party shall confer with counsel for the opposing party and shall file with the court, at the time of filing a motion, a statement certifying that counsel has conferred with counsel for the opposing party in a good-faith effort to resolve by agreement the issues raised or has attempted to so confer but, for good cause stated, was unsuccessful, as required by N.D. Fla. Loc. R. 7.1(B).

For these reasons, IT IS ORDERED that:

> The document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document. The document is denied without prejudice with leave given to refile after correction.

**DONE and ORDERED** this 11th day of February, 2010.

                                           *s/ M. Casey Rodgers*
                                           **M. CASEY RODGERS**
                                           **UNITED STATES DISTRICT JUDGE**